## HUMPHREYS et al. v. LOVE, Superintendent of Banks, et al.

### No. 6815.

Circuit Court of Appeals, Fifth Circuit.

Nov. 23, 1932.

Alfred Stoner, of Greenwood, Miss., and Marcellus Green, Garner W. Green, and F. B. Jackson, all of Jackson, Miss., for appellants.

Ward Allen and W. M. Hamner, both of Greenwood, Miss., J. L. Roberson and Sam C. Cook, Jr., both of Clarksdale, Miss., and J. N. Flowers, of Jackson, Miss., for appellees.

Before BRYAN, SIBLEY, and WALKER, Circuit Judges.

PER CURIAM.

This appeal was taken from an order remanding the case to the state court in which it originated upon a bill in equity.

A motion is now made to dismiss on the ground that under 28 USCA § 71 an appeal does not lie. On the ground stated, the appeal is dismissed.